DANIEL J. BRODERICK, #89424
Federal Defender
COURTNEY FEIN, #244785
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
KEILIN JOHNSON

**FILED**

JUL - 7 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr.S 10-269 GEB |
| Plaintiff, | [PROPOSED] RELEASE ORDER |
| v. | Date: July 1, 2011<br>Time: 9:00 a.m. |
| KEILIN JOHNSON, | Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

On July 1, 2011, this matter came before the Court for sentencing. Both parties and the probation officer agree that the court should order Mr. Johnson to Cassandra Fox, United States Probation Officer, on the date of **August 24, 2011**, to be transported to The Effort Residential Treatment Program in Sacramento, California.

Good cause appearing therefore,

**IT IS ORDERED** that Mr. Johnson be released by the U.S. Marshals and/or the Sacramento County Sheriff from federal custody on **August 24, 2011** to Cassandra Fox, United States Probation Officer.

Dated: 7-7-11

GARLAND E. BURRELL, JR.
United States District Judge

[PROPOSED] RELEASE ORDER                          1                                    10-269 GEB